# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

A.C., a minor by her parent and guardian
Ad litem, et al.,
    Plaintiffs,

v.

                        C.A. No. 18-645 WES

GINA RAIMONDO, et al.,
    Defendants.

## **JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Opinion and Order entered on October 13th, 2020 by this Court.

                        Enter:

                        /s/ Ryan H. Jackson

                        Deputy Clerk

Dated: October 13th, 2020