# United States Court of Appeals
## For the First Circuit

_____

No. 20-2082

A.C., a minor, by her parent and guardian ad litem, Torrence S. Waithe; A.C.C., a minor, by her parent and guardian ad litem, Nicolas Cahuec; A.F., a minor, by his parent and guardian ad litem, Aletha Forcier; R.F., a minor, by her parent and guardian ad litem, Aletha Forcier; I.M., a minor, by his parents and guardians ad litem Jessica Thigpen and Anthony Thigpen; L.M., a minor, by her parents and guardians ad litem Jessica Thigpen and Anthony Thigpen; K.N.M.R., a minor, by her parent and guardian ad litem, Marisol Rivera Pitre; J.R.H., a minor, by her parents and guardians ad litem, Moira Hinderer and Hillary Reser; M.S., a minor, by his parent and guardian ad litem, Mark Santow; M.M.S., a minor, by his parent and guardian ad litem, Amie Tay; M.S., a minor, by her parents and guardians ad litem, Maruth Sok and Lap Meas; A.W., a minor, by her parent and guardian ad litem, Chanda Womack; J.W., a minor, by her parent and guardian ad litem, Chanda Womack; N.X., a minor, by her parents and guardians ad litem, Youa Yang and Kao Xiong,

Plaintiffs, Appellants,

v.

DANIEL J. MCKEE, in his official capacity as Governor of the State of Rhode Island; NICHOLAS A. MATTIELLO, in his official capacity as Speaker of the Rhode Island House of Representatives; DOMINICK J. RUGGERIO, in his official capacity as President of the Rhode Island Senate; RHODE ISLAND STATE BOARD OF EDUCATION; COUNCIL ON ELEMENTARY AND SECONDARY EDUCATION; ANGELICA INFANTE-GREEN, in her official capacity as Commissioner of Education for the State of Rhode Island,

Defendants, Appellees.

_____

**JUDGMENT**
Entered: January 11, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:
Maria R. Hamilton, Clerk

cc: Michael Meredith Epstein, Samuel D. Zurier, Jennifer Louise Wood, Stephen M. Robinson, Michael A. Rebell, Michael W. Field, Keith David Hoffmann, Andrea M. Shea, Anthony Francis Cottone, Andrew J. Ceresney, John Francis Cicilline, Yelena Konanova, Jordan Garman, Jonathan Menitove, William T. Russell Jr., David Elbaum, Nicholas Ingros, Saul P. Morgenstern, Jeffrey A. Simes, Allison R. Eisenson, Dana M. McSherry, Annabel Rodriguez, Francisca Fajana, Nowell Bamberger, Leila Mgaloblishvili, Yahonnes Cleary, Erin J Morgan, S. Elaine McChesney, Robert E. McDonnell, Elizabeth M. Bresnahan, Michael Adam Hacker, Andrew M. Troop, Jeffrey Metzler